IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01426-MSK-BNB

BIODIVERSITY CONSERVATION ALLIANCE, a Wyoming nonprofit corporation,
CENTER FOR NATIVE ECOSYSTEMS, a Colorado nonprofit corporation,
THE WILDERNESS SOCIETY, a District of Columbia nonprofit corporation, and
COLORADO ENVIRONMENTAL COALITION, a Colorado nonprofit corporation

       Plaintiffs,

v.

RON WENKER, in his official capacity as Colorado State Director of the Bureau of Land Management
BUREAU OF LAND MANAGEMENT, a Federal Agency, and
CLAYTON WILLIAMS ENERGY, INC., a Colorado corporation,

       Defendants.

## ORDER RE: UNOPPOSED MOTION TO RECONSIDER

The Court having reviewed the Unopposed Motion to Reconsider hereby reconsiders it's the deadline for filing of an answer or other response by the Federal Defendants. The filing of such Answer or other responsive pleading is governed by Fed.R.Civ.P. 12(a)(3)(B).

DATED this 6th day of September, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge