IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01426-MSK-BNB

BIODIVERSITY CONSERVATION ALLIANCE, a Wyoming nonprofit corporation,
CENTER FOR NATIVE ECOSYSTEMS, a Colorado nonprofit corporation,
THE WILDERNESS SOCIETY, a District of Columbia nonprofit corporation, and
COLORADO ENVIRONMENTAL COALITION, a Colorado nonprofit corporation

      Plaintiffs,

v.

RON WENKER, in his official capacity as Colorado State Director of the Bureau of Land Management
BUREAU OF LAND MANAGEMENT, a Federal Agency, and
CLAYTON WILLIAMS ENERGY, INC., a Colorado corporation,

      Defendants.

---

**ORDER DENYING MOTION FOR FAILURE TO COMPLY WITH
THIS COURT'S PRACTICE STANDARDS**

---

THIS MATTER comes before the Court on Plaintiffs Biodiversity Conservation Alliance, Center for Native Ecosystems, The Wilderness Society and Colorado Environmental Coalition Stipulation of Dismissal and Notice of Dismissal **(#18),** which the Court construes as a Motion for Dismissal (Motion) filed September 13, 2005. Having reviewed the Motion, the Court

      **FINDS** that the Motion fails to comport to the requirements set forth in MSK Civ.

Practice Standard II.I (Partial Case Settlement/Dismissal).

**IT IS THEREFORE ORDERED** that the Motion is hereby **DENIED** with leave to refile **within ten days** in compliance with this Court's Practice Standards - Civil (Revised as of January 18, 2005) available at www.co.uscourts.gov.

Dated this 16th day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge