IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01426-MSK-BNB

BIODIVERSITY CONSERVATION ALLIANCE, a Wyoming nonprofit corporation,
CENTER FOR NATIVE ECOSYSTEMS, a Colorado nonprofit corporation,
THE WILDERNESS SOCIETY, a District of Columbia nonprofit corporation, and
COLORADO ENVIRONMENTAL COALITION, a Colorado nonprofit corporation

       Plaintiffs,

v.

RON WENKER, in his official capacity as Colorado State Director of the Bureau of Land Management
BUREAU OF LAND MANAGEMENT, a Federal Agency, and
CLAYTON WILLIAMS ENERGY, INC., a Colorado corporation,

       Defendants.

---

## ORDER GRANTING DISMISSAL
---

THIS MATTER, having come before the Court on the Parties' Stipulation of Dismissal, and the Court having reviewed the Stipulation and otherwise being fully advised in the premise, hereby does ORDER as follows:

The Stipulation of Dismissal is GRANTED. All claims made by all of the Biodiversity Conservation Alliance, Center for Native Ecosystem, The Wilderness Society and Colorado Environmental Coalition (collectively the "Remaining Plaintiffs ") against all Defendants are hereby dismissed without prejudice.

DATED this 23rd day of September 2005.

                              **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge